UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-mj-825 BRT

**RECEIVED**
NOV 10 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CORNELIUS GRAHAM,

Defendant.

**MOTION OF UNITED STATES FOR DETENTION WITHOUT BAIL PENDING TRIAL**

The United States of America, by and through its attorneys, Charles J. Kovats, Jr., Acting United States Attorney for the District of Minnesota, and David P. Steinkamp, Assistant United States Attorney, hereby moves for the detention of the defendant without bail pending trial on the following grounds:

1. Under Title 18, United States Code, Section 3142(f)(2)(A), there is a serious risk that defendant will flee.

2. Under Title 18, United States Code, Section 3142(F) there is no condition or combination of conditions of release in Title 18, United States Code, Section 3142(c) which will reasonably assure the safety of the community and the appearance of the defendant as required.



SCANNED
NOV 10 2021
U.S. DISTRICT COURT MPLS

3.      The United States also respectfully requests a three-day continuance of the detention hearing, pursuant to Title 18, United States Code, Section 3142(f).

Dated: November 10, 2021

                                                    Respectfully Submitted,

                                                    CHARLES J. KOVATS, JR.
                                                    Acting United States Attorney

                                                    */s David P. Steinkamp*

                                                    BY: DAVID P. STEINKAMP
                                                    Assistant U.S. Attorney
                                                    Attorney ID No. 178470