# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

    v.                                        Criminal No. 21-252 (PJS/JFD)

CORNELIUS GRAHAM

_____

UNITED STATES OF AMERICA

    v.                                        Criminal No. 21-240 (ADM/DTS)

ABDULLAH MUHAMMAD ALIM

_____

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.
- Cases involving the same defendant(s), whether the prior cases are open or closed.
- Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.
- Cases that arise out of the same investigation and have temporal proximity.

Dated: November 24, 2021                 Respectfully submitted,

                                                         CHARLES J. KOVATS, JR.
                                                         Acting United States Attorney

                                                         *s/ David P. Steinkamp*
                                                         BY: DAVID P. STEINKAMP
                                                         Assistant United States Attorney
                                                         Attorney ID No. 178470